# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| MARK HENZE,<br><br>Plaintiff,<br><br>v.<br><br>MIKE FERRITER; KELLY SPEER; STATE OF MONTANA; and DOES 1-10,<br><br>Defendants. | Cause No. 16-CV-107-CCL<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Plaintiff's, Mark Henze's Unopposed Motion for Leave to File Documents Under Seal, with good cause appearing and no objection by Defendants:

IT IS ORDERED that Plaintiff's Motion is HEREBY GRANTED. Plaintiff shall file a redacted and un-redacted copy of the Pre-Sentence Report in accord with L.R. 5.1.

DATED this 22nd day of May, 2018.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE