IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| MARK HENZE | CV-16-107-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | Order |
| STATE OF MONTANA, | |
| Defendant. | |

Before the Court is the parties Stipulation for Dismissal with Prejudice (Doc. 97) wherein they have attached Montana First Judicial District Court's Order Approving Settlement for this Court's review, and for good cause appearing:

IT IS HEREBY ORDERED that this lawsuit is dismissed in its entirety with prejudice. Each part shall bear their own costs and fees.

Dated this 24th day of June, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE